1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

NORTHWESTERN UNIVERSITY,

11

Plaintiff,

CASE NO. 2:20-cv-01043-JLR-JRC

12

v.

ORDER ADOPTING REPORT AND
RECOMMENDATION

13

KING COUNTY,

14

Defendant.

15

16

The court has reviewed the Report and Recommendation ("R&R") of Magistrate

17

Judge J. Richard Creatura (Dkt. # 30) and the remaining record.  No objections were filed.

18

(*See* Dkt.)  Accordingly, the court does hereby find and **ORDER**:

19

(1) The R&R is **ADOPTED**;

20

(2) Defendant's motion to dismiss (Dkt. # 14) is **GRANTED** in part and **DENIED** in

21

part. Plaintiff's claim under RCW 19.86.020 is dismissed with prejudice; and

22

(3) The Clerk shall send copies of this Order to counsel for the parties and to Magistrate

23

Judge Creatura.

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1    Dated this 1st day of February, 2021.

2

3    _____
     JAMES L. ROBART
4    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24