HONORABLE JAMES L. ROBART
HONORABLE J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWESTERN UNIVERSITY,<br><br>               Plaintiff,<br><br>    v.<br><br>KING COUNTY,<br><br>               Defendant. | No. 2:20-cv-01043-JLR-JRC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND RELATED DEADLINES<br><br>**NOTE ON MOTION CALENDAR:**<br>May 24, 2022 |

      Plaintiff Northwestern University and Defendant King County, by and through their respective counsel of record, hereby stipulate and jointly move to change the trial date and related deadlines pursuant to Federal Rule of Civil Procedure 6 and LCR 10(g), as follows:

      This is a somewhat unusual trademark infringement case which, in addition to the activity the Court has seen, has involved the production of hundreds of thousands of pages of documents, numerous sets of written discovery, and an expert report. While the parties and their counsel have been working diligently, more time is necessary to adequately review the existing discovery and to pursue and complete the remaining discovery. With the understanding that no new written fact discovery will be propounded, the Plaintiff has requested and Defendant does not oppose an extension to continue the trial date and other upcoming deadlines in this matter as follows:

STIPULATION TO CONTINUE DEADLINES
(No. 2:20-cv-01043-JLR-JRC) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| Event | New Deadline | Old Deadline (*See* Dkt. No. 35) |
|---|---|---|
| Disclosure of rebuttal expert witnesses and service of related expert rebuttal reports | June 20, 2022 | April 18, 2022 |
| Remaining Discovery (expert discovery, document production, and depositions) completed by | August 16, 2022 | June 17, 2022 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | September 19, 2022 | July 19, 2022 |
| Settlement conference held no later than | November 28, 2022 | September 29, 2022 |
| All motions in limine must be filed by All motions in limine shall be filed as one motion. | December 16, 2022 | October 17, 2022 |
| Agreed pretrial order due | January 6, 2023 | November 7, 2022 |
| Deposition Designations must be submitted to the court (not filed on CM/ECF) by (*see* LCR 32(e)) | January 9, 2023 | November 9, 2022 |
| Pretrial conference to be held at 2:00 PM on | January 13, 2023 | November 14, 2022 |
| Trial briefs and proposed findings of fact and conclusions of law by | January 20, 2023 | November 21, 2022 |
| **BENCH TRIAL DATE** | **January 30, 2023 at 1:30 p.m.** | **November 28, 2022 at 1:30 p.m.** |

STIPULATION TO CONTINUE DEADLINES
(No. 2:20-cv-01043-JLR-JRC) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED: May 24, 2022

| | |
|---|---|
| By: */s/ William C. Rava*<br>William C. Rava, WSBA #29948<br>Alison R. Caditz, WSBA #51530<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>Telephone: 206.359.8000<br>Email: WRava@perkinscoie.com<br>           ACaditz@perkinscoie.com<br><br>*Attorneys for Plaintiff*<br>NORTHWESTERN UNIVERSITY | By: */s/ John D. Denkenberger*<br>John D. Denkenberger, WSBA #25,907<br>Brain F. McMahon, WSBA #45,739<br>**Christensen O'Connor Johnson Kindness PLLC**<br>1201 Third Avenue, Suite 3600<br>Seattle, WA  98101-3029<br>Telephone: 206.682.8100<br>Email: john.denkenberger@cojk.com<br>           brian.mcmahon@cojk.com<br>           litdoc@cojk.com<br><br>*Attorneys for Defendant*<br>KING COUNTY |

STIPULATION TO CONTINUE DEADLINES
(No. 2:20-cv-01043-JLR-JRC) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**ORDER**

Based on the foregoing, IT IS SO ORDERED.

DATED this 25th day of May, 2022.

_____
JAMES L. ROBART
United States District Judge

STIPULATION TO CONTINUE DEADLINES
(No. 2:20-cv-01043-JLR-JRC) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000