UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWESTERN UNIVERSITY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KING COUNTY,<br><br>　　　　　　Defendant. | CASE NO. C20-1043JLR-JRC<br><br>ORDER |

Before the court is Plaintiff Northwestern University and Defendant King County's second stipulation and proposed order to continue the trial date and related deadlines in this matter. (8/10/22 Stip. (Dkt. # 47).) The parties represent that they have made significant progress in completing discovery, that they have turned their attention to resolving the dispute, and that they believe they are likely to resolve this case before any of their proposed deadlines pass. (*Id.* at 1.)

　　　　The court GRANTS IN PART the parties' stipulation and proposed order to continue the trial date (Dkt. # 47). Although the court will accommodate a trial

ORDER - 1

continuance, the parties' proposed trial date, February 27, 2023, conflicts with a trial in another matter.  Accordingly, the court VACATES the current case schedule (5/25/22 Order (Dkt. # 46)); RESETS the parties' bench trial on March 27, 2023; and DIRECTS the Clerk to enter a new scheduling order based on the March 27, 2023 trial date.

Dated this 11th day of August, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 2