UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWESTERN UNIVERSITY,<br><br>        Plaintiff,<br><br>   v.<br><br>KING COUNTY,<br><br>        Defendant. | CASE NO. C20-1043JLR-JRC<br><br>ORDER |

Before the court is Plaintiff Northwestern University and Defendant King County's third stipulation and proposed order to continue the trial date and related deadlines in this matter. (11/23/22 Stip. (Dkt. # 50).) They ask the court to continue their bench trial from March 27, 2023, to May 29, 2023. (*Id.* at 2.) As they did in their second stipulation and proposed order to continue the trial date, the parties again represent that they have made significant progress in completing discovery, that they have turned their attention to resolving the dispute, and that they believe they are likely to

ORDER - 1

resolve this case before any of their proposed deadlines pass. (*Compare id.* at 1, *with* 8/10/22 Stip. (Dkt. # 47) at 1.)

The court GRANTS IN PART the parties' stipulation and proposed order to continue the trial date (Dkt. # 50). Although the court will accommodate a trial continuance, the parties' proposed trial date, May 29, 2023, conflicts with a trial in another matter. Accordingly, the court VACATES the current case schedule (8/11/22 Sched. Order (Dkt. # 49)); RESETS the parties' bench trial on June 7, 2023; and DIRECTS the Clerk to enter a new scheduling order based on the June 7, 2023 bench trial date.

The court notes that although the parties previously represented to the court that they expected to resolve this case before any of their proposed deadlines expired, they have not done so. (*See* 8/10/22 Stip. at 1-2 (representing that the parties were likely to resolve the case before their first proposed deadline of October 14, 2022); 8/11/22 Order (Dkt. # 48) (resetting trial from January 30, 2023 to March 27, 2023, based on the parties' representation); *see also* 5/25/22 Order (continuing trial from November 28, 2022 to January 30, 2023).) The court will not entertain further motions for a continuance of the trial date absent extraordinary circumstances.

Dated this 28th day of November, 2022.

JAMES L. ROBART
United States District Judge