HONORABLE JAMES L. ROBART
HONORABLE J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWESTERN UNIVERSITY,<br><br>        Plaintiff,<br><br>   v.<br><br>KING COUNTY,<br><br>        Defendant. | No. 2:20-cv-01043-JLR-JRC<br><br>STIPULATION OF VOLUNTARY DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>January 5, 2023 |

TO:   The Clerk of the Court

Plaintiff Northwestern University and Defendant King County, by and through their respective counsel of record, hereby stipulate that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

The Clerk of the Court is hereby requested to enter this dismissal in the records of the Court.

STIPULATION OF VOLUNTARY DISMISSAL
(No. 2:20-cv-01043-JLR-JRC) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED: January 5, 2023

By: */s/ William C. Rava*
William C. Rava, WSBA #29948
Alison R. Caditz, WSBA #51530
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Email: WRava@perkinscoie.com
ACaditz@perkinscoie.com

*Attorneys for Plaintiff*
NORTHWESTERN UNIVERSITY

By: */s/ Brian F. McMahon*
John D. Denkenberger, WSBA #25,907
Brian F. McMahon, WSBA #45,739
**Christensen O'Connor Johnson Kindness PLLC**
1201 Third Avenue, Suite 3600
Seattle, WA  98101-3029
Telephone: 206.682.8100
Email: john.denkenerger@cojk.com
brian.mcmahon@cojk.com
litdoc@cojk.com

*Attorneys for Defendant*
KING COUNTY

STIPULATION OF VOLUNTARY DISMISSAL
(No. 2:20-cv-01043-JLR-JRC) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000